# ELECTRONIC RECORD

COA # 01-11-01125-CR      OFFENSE: 42.07 (Harrassment)

STYLE: Elisa Merrill Wilson v. The State of Texas      COUNTY: Fort Bend

COA DISPOSITION: AFFIRM      TRIAL COURT: County Court at Law No 2

DATE: 03/31/2015      Publish: NO      TC CASE #: 10CCR149142

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Elisa Merrill Wilson v. The State of Texas      CCA #: **623-15**

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_Refused_      JUDGE: _____

DATE: _Sept. 16, 2015_      SIGNED: _____      PC: _____

JUDGE: _PC; Alcala J would grant_      PUBLISH: _____      DNP: _____

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**